IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 3:05-cr-16-KRG-KAP-1 |
| WILLIE G. GULLEY, JR., | : (Case No. 3:15-cv-289-KRG-KAP) |
| Defendant | : |

Memorandum Order

Movant Willie Gulley's motion to vacate, docket no. 228, was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on November 12, 2015, docket no. 229, recommending that the motion to vacate be denied because movant was attacking the wrong sentence and obviously meant to attack the sentence imposed at United States v. Gulley, Case No. 3:15-cr-13-KRG-KAP-1 (W.D.Pa.).

The movant was notified that pursuant to 28 U.S.C.§ 636(b)(1), he had fourteen days to file written objections to the Report and Recommendation. Movant filed a motion to vacate the sentence in United States v. Gulley, Case No. 3:15-cr-13-KRG-KAP (W.D.Pa.) which is pending, see No. 15-cv-308-KRG-KAP (W.D.Pa.) and has not filed objections to the Report and Recommendation.

After de novo review of the record, the Report and Recommendation, and noting the new motion to vacate and the lack of objections to the Report and Recommendation, the following order is entered:

AND NOW, this **21st** day of December, 2015, it is ORDERED that the movant's motion to vacate is denied. No certificate of appealability is issued. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark the civil matter closed. The motion to vacate in <u>United States v. Gulley</u>, Case No. 3:15-cr-13-KRG-KAP (W.D.Pa.) remains with the Magistrate Judge for further proceedings.

BY THE COURT:

_____
KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

    Willie G. Gulley Jr., Reg. No. 11148-068
    F.C.I. Fort Dix
    P.O. Box 2000
    Fort Dix, NJ 08640