# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **Case No. 3:05-cr-16** |
| | ) | |
| | ) | **JUDGE KIM R. GIBSON** |
| v. | ) | |
| | ) | |
| WILLIE GENE GULLEY, JR., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This matter is before Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636 and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on October 23, 2018 (ECF No. 254), recommending that Mr. Gulley's Motion under 18 U.S.C. Section 3582(c)(2) be denied. (*Id.* at 1).

The parties were notified that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. (*Id.* at 4). Mr. Gulley timely filed objections on October 29, 2018. (ECF No. 257). I have reviewed Mr. Gulley's objections and find them meritless.

Therefore, after *de novo* review of the record and the Report and Recommendation, the following order is entered:

**AND NOW**, this ⎽⎽3ʳᵈ⎽⎽ day of January, 2022, **IT IS HEREBY ORDERED** that Mr. Gulley's

Motion "Pursuant to 18 U.S.C. 3582" (ECF No. 253) is **DENIED WITHOUT PREJUDICE.** The

Court adopts the Report and Recommendation as the opinion of this Court.

**BY THE COURT:**

_____
**KIM R. GIBSON**
**UNITED STATES DISTRICT JUDGE**

Notice to by U.S. Mail to:

**Wille Gene Gulley, Jr. # 18-00722**
Cambria County Prison
425 Manor Drive
Ebensburg, PA 15931